GEORGE C. VAN TUYL, JR., as Superintendent of Banks of the State of New York, Respondent, *v.* E. THEODORE HAEBLER, Appellant, Impleaded with Others.

*Van Tuyl* v. *Haebler,* 160 App. Div. 935, affirmed.
(Argued April 14, 1914; decided April 28, 1914.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1914, which affirmed an interlocutory judgment of Special Term sustaining a demurrer to the affirmative defense contained in the answer of the defendant Haebler in an action to enforce the statutory liability of stockholders of a bank in liquidation.

The following question was certified: " Is the separate defense contained in the answer of the said defendant Haebler, as amended, sufficient in law upon the face thereof ? "

*Eugene Cohn* for appellant.

*Henry H. Abbott* and *Edward A. Craighill, Jr.,* for respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.

---

GEORGE C. VAN TUYL, JR., as Superintendent of Banks of the State of New York, Respondent, *v.* JOSEPH G. ROBIN et al., Defendants, and EDWARD N. JESUP et al., Appellants.

*Van Tuyl* v. *Robin,* 160 App. Div. 41, affirmed.
(Argued April 14, 1914; decided April 28, 1914.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1914, which reversed an inter-